### IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 3083 Disciplinary Docket No. 3

: No. 113 DB 2024

LAWRENCE D. LEVIN :

: Attorney Registration No. 10179

: (Montgomery County)

### ORDER

**PER CURIAM**

**AND NOW**, this 21st day of November, 2024, upon consideration of the Certificate of Admission of Disability, Lawrence D. Levin is immediately transferred to inactive status for an indefinite period and until further Order of this Court. *See* Pa.R.D.E. 301(e). He shall comply with the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.

A True Copy Nicole Traini
As Of 11/21/2024

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania



## THE DISCIPLINARY BOARD OF THE
## SUPREME COURT OF PENNSYLVANIA

Lawrence D. Levin
292 Goldenrod Drive
Lansdale, PA 19446

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
www.padisciplinaryboard.org

November 21, 2024

RE:   In the Matter of LAWRENCE D. LEVIN
      No. 3083 Disciplinary Docket No. 3
      No. 113 DB 2024
      Attorney Registration No. 10179
      (Montgomery County)

Admitted 10/31/1973

Dear Mr. Levin:

The Prothonotary of the Supreme Court of Pennsylvania has forwarded to us a certified copy of the Order of that Court dated November 21, 2024, (copy enclosed), that "...Lawrence D. Levin is immediately transferred to inactive status for an indefinite period until further Order of this Court. See Pa.R.D.E. 301 (e). He shall comply with all the provisions of Pa.R.D.E. 217."

For your guidance, compliance and information, I am enclosing the following:

1. Standard Guidance of the Disciplinary Board to Lawyers who have been Transferred to Disability Inactive Status pursuant to Rule 216 or 301, Pa.R.D.E.
2. Rule 217 of the Pa.R.D.E. Your attention is called to Rule 217(e) concerning the statement of compliance and Rule(h) concerning indicia of licensure.
3. Form DB-23, Nonlitigation Notice of Disbarment, Suspension or Transfer to Inactive   Status.
4. Form DB-24, Litigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
5. Form DB-25, Statement of Compliance.

You are now required to comply with the Pennsylvania Rules of Disciplinary Enforcement and Disciplinary Board Rules as enclosed herewith.

Very truly yours,

Marcee D. Sloan
Prothonotary

MDS/mlb
Enclosures

cc:   Matthew B. Weisberg, Esq., Respondent's Counsel
      Andrea Tuominen, Court Administrator of Pennsylvania
      Ms. Kathryn P. Morgan, Executive Director, PA Lawyers Fund for Client Security
      Peter Welsh, Clerk, U.S. District Court Middle District
      Terrence S. Miller, Clerk, U.S. Bankruptcy Court, Middle District of PA
      George Wylesol, Clerk, U.S. District Court, Eastern District of Pennsylvania
      Timothy B. McGrath, Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
      Brandy S. Lonchena, Clerk, U.S. District Court, Western District of PA
      Michael Rhodes, U.S. Bankruptcy Court, Western District of Pennsylvania
      Thomas J. Farrell, Chief Disciplinary Counsel
      Emily R. Provencher, Disciplinary Counsel
      Matthew B. Weisberg, Counsel for Respondent